UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DITECH FINANCIAL LLC,

Plaintiff,

- against -

GARY N. SCOLLARD, et al.,

Defendants.

-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/2021
```

**ORDER**

18 Civ. 8963 (NSR)

Román, D.J.:

The Court having been advised that: (1) all claims asserted herein have been settled

and (2) the parties jointly request that the Court vacate the default judgment (ECF No. 36), vacate

the notice of pendency, and close this case, it is

ORDERED, that the default judgment at ECF No. 36 and notice of pendency at ECF

No. 26-4 are hereby vacated;

ORDERED, that the above-entitled action be and hereby is discontinued, without

costs to either party, subject to reopening should the settlement not be consummated within forty-

five (45) days of the date hereof.

The Clerk of the Court is respectfully directed to terminate the letter motion at ECF

No. 38.  The parties are advised that if they wish the Court to retain jurisdiction in this matter for

purposes of enforcing any settlement agreement, they must submit the settlement agreement to the

Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

SO ORDERED.

Dated:      August 2, 2021
            White Plains, New York



Nelson S. Román, U.S.D.J.